**EXHIBIT A**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Returnable in 602, Richard J. Daley Center, 9:30 a.m. Sharp

| | | |
|---|---|---|
| ASSET ACCEPTANCE LLC | ) | No. ~~09M1~~ 127395 |
| | ) | |
| | ) | Amount Claimed $3327.72 |
| Plaintiff, | ) | Plus interest and court costs |
| | ) | |
| v. | ) | Return Date: ~~MAY~~ 0 4 2009 |
| | ) | |
| MARY T JANETOS | ) | Please Serve: |
| | ) | MARY T JANETOS |
| Defendant. | ) | [address redacted] |
| | ) | |

## SUMMONS

To each defendant:

YOU ARE SUMMONED and required either:

To file your written appearance by yourself or your attorney and pay the required fee in Room 602, Richard J. Daley Center, Chicago, Illinois, at or before 9:30 a.m. on MAY 0 4 2009.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF IN THE COMPLAINT, A COPY WHICH IS HERETO ATTACHED.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than three days before the day for appearance. If service cannot be made, this summons shall be so endorsed. This summons may not be served later than three days before the date of appearance.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE, IF CLAIM IS $1,500.00 OR LESS, FEE WILL BE $168.00; OVER $1,500.00 TO $15,000.00 THE FEE WILL BE $178.00; IN EXCESS OF $15,000.00, THE FEE WILL BE $198.00.

WITNESS DOROTHY BROWN MAR 30 2009

Clerk of the Court

SANJAY S. JUTLA, ESQ.
ALLEN GUNN, ESQ.
55 E. Jackson, 16th Floor
Chicago, IL 60604
(800) 465-2608
Attorney No. 41246

Date of Service: 25 APA 2009
(to be inserted by officer on copy left with Defendant or other person)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

38094763

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

| | | |
|---|---|---|
| ASSET ACCEPTANCE LLC | ) | No. 09M1 127395 |
| | ) | |
| | ) | Amount Claimed: $3327.72 |
| Plaintiff | ) | Plus Interest and court costs. |
| | ) | |
| v. | ) | Return Date: MAY 0 4 2009 |
| | ) | |
| MARY T JANETOS | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## VERIFIED COMPLAINT AT LAW

ASSET ACCEPTANCE LLC, a Delaware Limited Liability Company, doing business in Cook County, Illinois, ("Plaintiff"), by and through counsel, complains of, MARY T JANETOS ("Defendant"), as follows:

1. Pursuant to 735 ILCS 5/2-403, Plaintiff is proceeding in this cause as the Assignee of HERITAGE CHASE / CHASE.

2. HERITAGE CHASE / CHASE and Defendant entered into a Cardmember Agreement ("Agreement"), wherein HERITAGE CHASE / CHASE issued a credit card number ███████7134 to Defendant and Defendant agreed to pay all amounts charged by the use of the credit card.

3. Upon information and belief Defendant resides in Cook, County Illinois.

4. Defendant incurred charges by use of the credit card. See Affidavit attached as Exhibit "A" hereto and the Statement of Account (not previously sent to Defendant) attached as Exhibit "B".

5. As set forth in the Affidavit of Plaintiff, attached hereto, and there is due and owing from Defendant to Plaintiff the sum of $3327.72 as of the date listed in the box entitled "Statement Date" on Exhibit "B", of which no part has been paid, although payment on the account has been demanded.

WHEREFORE, Plaintiff ASSET ACCEPTANCE LLC, demands a judgment against the Defendant, MARY T JANETOS in the sum of $3327.72plus interest and court costs.

Respectfully submitted,
ASSET ACCEPTANCE LLC
Plaintiff herein,

_____
Sanjay S. Jutla
Allen Gunn
Staff Attorneys

Sanjay S. Jutla, Esq.
Allen Gunn, Esq.
Attorneys for Plaintiff
55 E. Jackson 16th Floor
Chicago, IL 60604
(800) 465-2608
Attorney No. 41246

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | | |
|---|---|---|
| ASSET ACCEPTANCE LLC | ) | No. 09M1 127395 |
| Plaintiff, | ) | |
| v. | ) | |
| MARY T JANETOS<br>2717 S HARDING AVE<br>CHICAGO IL 60623 | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF CLAIM

I, _James Smith_, being first duly sworn upon my oath depose and state as follows:

That I am an employee of ASSET ACCEPTANCE LLC, a Limited Liability Company organized and existing under the laws of the State of Delaware and doing business at P.O. Box 2036 Warren, MI 48090.

That there is justly due and owing on the account by the Defendant to the Plaintiff the sum of $3327.72 as of the date listed in the box entitled "Statement Date" on Exhibit "B".

That the said account originally with HERITAGE CHASE / CHASE, account number ███████7134, has been purchased by ASSET ACCEPTANCE LLC who now owns said account and has all rights connected therewith including the right to institute this action.

After careful search of the Department of Defense website: www.dmdc.osd.mil/scra/owa/home and review of the report, it has been found that the Defendant(s) is not in the military.

FURTHER THE AFFIANT SAYETH NAUGHT.

EMPLOYEE _James Smith - Branch Manager_

Acknowledged before me on _March 11, 2009_

_____
NOTARY PUBLIC

**OFFICIAL SEAL**
**TAMARA YOUNG**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 02/21/10

EXHIBIT **A**



## ASSET ACCEPTANCE LLC
P.O. Box 909886
Chicago, IL 60690

| ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| ▓▓▓▓▓▓▓7134 | $3327.72 |
| STATEMENT DATE | DUE DATE |
| 01/13/09 | DUE |

Payments received will be credited to your account

PLEASE WRITE IN AMOUNT OF PAYMENT ENCLOSED  $ _____

MARY T JANETOS 

**IMPORTANT:** PLEASE DETACH AND RETURN TOP PORTION OF STATEMENT WITH CHECK OR MONEY ORDER.

IF ADDRESS AS SHOWN ABOVE IS INCORRECT, PLEASE INDICATE CHANGE

| ACCOUNT NUMBER | DATE OF LAST PAYMENT |
|---|---|
| ▓▓▓▓▓▓▓7134 | 06/06/06 |

| DATE | REFERENCE NO | ACCOUNT INFORMATION | BALANCE DUE |
|---|---|---|---|
| 01/13/09 | 38094763 | BALANCE DUE<br>ASSET ACCEPTANCE LLC, A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, ASSIGNEE OF HERITAGE CHASE / CHASE / CHASE BANK<br>P.O. Box 909886, Chicago, IL 60690 | $3327.72 |

| DATE OF DELINQUENCY | PURCHASED ON | CHARGE OFF AMOUNT* | INTEREST RATE |
|---|---|---|---|
| 06/07/06 | 8/25/2008 | $2437.16 | 18.00% |

| SERVICE ADDRESS (IF APPLICABLE) | INTEREST DUE AS OF 01/13/09 |
|---|---|
|  | $890.56 |

| FOR PROMPT CREDITING OF PAYMENTS, PLEASE SEND CHECK OR MONEY ORDER TO:<br><br>ASSET ACCEPTANCE LLC<br>P.O. Box 909886<br>Chicago, IL 60690<br><br>OR CALL ONE OF OUR ACCOUNT REPRESENTATIVES AT:<br><br>TOLL FREE 800-455-2554 | DUE DATE | MINIMUM PAYMENT |
|---|---|---|
|  | DUE | $3327.72 |
|  | SEND INQUIRIES TO:<br>ASSET ACCEPTANCE LLC<br>P.O. Box 909886<br>Chicago, IL 60690 ||

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

*For purposes of this Statement only, Charge Off Amount reflects credits for payments received by Asset, if any.

EXHIBIT
**B**

**EXHIBIT B**

... COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

ASSET ACCEPTANCE LLC
    Plaintiff

v.

Mary T Janetos
    Defendant(s)

No. 09M1-127395

LINE NO. 15

## TRIAL CALL ORDER

Present before the court: ___ Plaintiff(s) ___ Defendant(s) _X_ Plaintiff(s)' Counsel _X̸_ Defendant(s)' Counsel

THIS MATTER having come before the court, the court having jurisdiction and being fully advised,
IT IS HEREBY ORDERED:

| | | |
|---|---|---|
| ☐ | 4213 | Alias Summons to Issue for _____ |
| ☐ | 4292 | File Amended Complaint _____ |
| ☐ | 4295 | Take and Complete Discovery By _____ |
| ☐ | 4235 | File Counterclaim _____ |
| ☐ | 4234 | File Appearance/Jury Demand (strike Jury Demand if not allowed) _____ |
| ☐ | 4219 | Defendant _____ is defaulted; cause set for |
| ☐ | 4247 | PROVE-UP on _____ , _____ at _____ a.m./p.m. |
| ☐ | 4482 | Set for STATUS on _____ , _____ at _____ m. in Room _____ |
| ☐ | 4482 | Set for TRIAL on _____ , _____ at _____ m. in Room _____ |
| ☐ | 8005 | Case Dismissed for Want of Prosecution. |
| ☐ | 8011 | Case Dismissed by Agreement of Parties/No Cost ___ With ___ Without Prejudice. |
| ☐ | 4219 | Default Judgment for Plaintiff, ASSET ACCEPTANCE LLC for $ 3,327.72 against Defendant, |
| | 8001 | |
| ☐ | 4293 | with costs assessed. |
| ☐ | 8001 | Judgment for Plaintiff after trial for $_____ with costs assessed v. _____ |
| | 4293 | |
| ☒ | 8002 | Judgment for Defendant Mary T. Janetos (Defendant) |
| ☐ | 8001 | after trial. |
| ☐ | 9207 | Judgment is entered by agreement for $_____ v. _____ , it being further agreed that installment payments be made as follows: _____ |
| ☐ | 9208 | The Court finds no just reason for delay in enforcement or appeal of this judgment. |
| ☐ | ( ) | See Attached Order: _____ |

Sanjay S. Jutla/ Allen Gunn
Staff Attorney
Attorney for Plaintiff
55 E. Jackson Blvd, 16th Floor
Chicago, IL 60604
800-465-2608
Attorney No. 41246

DATED:

_____
Judge          Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

38094763

Judge Rhoda Davis Sweeney

JUL 22 2009

Circuit Court 1679

**EXHIBIT C**

# FULTON FRIEDMAN & GULLACE, LLP

COLLECTIONS, CONSULTING & LITIGATION
LICENSED IN AZ, CA, DC, IL, MD, MI, NY, OH, PA, TN & TX

PO Box 2123  
WARREN, MI 48090-2123

TOLL FREE 877-496-4802  
EXT. 0

December 12, 2011

Re: Mary T Janetos  
Asset Acceptance, LLC Assignee of CHASE BANK/ HERITAGE CHASE / CHASE  
Original Creditor Acct #: XXXXXXXXXXXX7134  
Fulton, Friedman & Gullace, LLP Acct #: 11-215740  
Balance Due: $4608.90

Dear Sir/Madam:

Please be advised that the referenced account has been transferred from Asset Acceptance, LLC to Fulton, Friedman and Gullace, LLP. We were advised that you represent the referenced consumer on this matter. Therefore, we are sending this letter to your attention so that you may share it with your client. If you do not represent the person identified above, please notify our office upon your receipt of this letter. If you have any questions, please do not hesitate to contact us.

If your client has already entered into a payment plan or settlement arrangement with Asset Acceptance, LLC, please note that we are committed to honoring the same. Should you have any questions, please do not hesitate to call our offices. All contact should now be directed to:

Fulton, Friedman & Gullace, LLP  
P.O. Box 2123  
Warren, MI 48090-2123  
877-496-4802

Unless the consumer notifies this office within thirty (30) days after receiving this notice that the consumer disputes the validity of this claim or any portion thereof, this office will assume this debt to be valid. If the consumer notifies this office in writing within thirty (30) days from receiving this notice that the consumer disputes the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail the consumer a copy of such judgment or verification. If the consumer requests of this office in writing within thirty (30) days after receiving this notice, this office will provide the consumer with the name and address of the original creditor, if different from the current creditor.

**This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.**

Very truly yours,

Dave Smith  
Collections Team (Non-Attorney)  
Phone: 877-496-4802 Ext. 0  
Fulton, Friedman & Gullace, LLP

CCGASSE02_OS_0117

***Detach Lower Portion and Return with Payment***

Fulton, Friedman & Gullace, LLP Acct #: 11-215740  
Balance Past Due: $4608.90

PO Box 2124  
Warren MI 48090-2124  
ADDRESS SERVICE REQUESTED

December 12, 2011

11-215740-OS_0117     679109432

Daniel Edelman, Esq.  
120 S Lasalle St 18Th FL  
Chicago IL 60603-3403

**FULTON, FRIEDMAN & GULLACE, LLP**  
PO Box 2123  
Warren MI 48090-2123

**EXHIBIT D**

# FULTON FRIEDMAN & GULLACE, LLP
COLLECTIONS, CONSULTING & LITIGATION
LICENSED IN AZ, CA, DC, IL, MD, MI, NY, OH, PA, TN & TX

PO BOX 2123　　　　　　　　　　　TOLL FREE 877-692-6186
WARREN, MI 48090-2123　　　　　　　　　　　　EXT. 0

December 12, 2011

Re: Asset Acceptance, LLC Assignee of AMERISTAR
Original Creditor Acct #: XX0682
Fulton, Friedman & Gullace, LLP Acct #: ▉2109
Balance Due: $17479.24

Dear Erik King:

Please be advised that your above referenced account has been transferred from Asset Acceptance, LLC to Fulton, Friedman & Gullace, LLP. If you have already entered into a payment plan or settlement arrangement with Asset Acceptance, LLC, please note that we are committed to honoring the same. Should you have any questions, please do not hesitate to call our offices. All contact should now be directed to:

Fulton, Friedman & Gullace, LLP
P.O. Box 2123
Warren, MI 48090-2123
877-692-6186

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this claim or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

**This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.**

Very truly yours,

Dave Smith
Collections Team (Non-Attorney)
Phone: 877-692-6186 Ext. 0
Fulton, Friedman & Gullace, LLP

***Detach Lower Portion and Return with Payment***

CCGASSE02_OS_0118

Fulton, Friedman & Gullace, LLP Acct #: ▉2109
Balance Past Due: $17479.24


PO Box 2124
Warren MI 48090-2124
ADDRESS SERVICE REQUESTED

December 12, 2011

11-192109-OS_0118　　679313882

Erik King

**FULTON, FRIEDMAN & GULLACE, LLP**
PO Box 2123
Warren MI 48090-2123